UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANVEER ALI,<br><br>Petitioner,<br>v.<br><br>JULIO HERNANDEZ et al.,<br><br>Respondents. | CASE NO. 2:26-cv-02965-DGE<br><br>ORDER DENYING PETITIONER'S MOTION TO ENFORCE WRIT OF HABEAS CORPUS (DKT. NO. 12) |

This matter comes before the Court on Petitioner's motion to enforce this Court's Order granting his petition for writ of habeas corpus by ordering an individualized bond hearing. (Dkt. No. 12.) On October 6, 2026, Petitioner received a bond hearing pursuant to this Court's Order. (Dkt. No. 11.) The immigration judge denied bond finding Petitioner to be a flight risk. (*Id.* at 1.) Petitioner now challenges the immigration judge's denial of bond in his motion, arguing that the immigration judge abused her discretion for several reasons. (Dkt. No. 12 at 6–10.) Petitioner now seeks immediate release. (*Id.* at 10.) Because this motion presents new facts and new legal arguments to support habeas relief which are beyond the scope of the relief previously

granted, Petitioner's motion is DENIED without prejudice. If petitioner seeks to challenge the immigration judge's decision at the Court ordered bond hearing, he must file a new petition for writ of habeas corpus identifying the new factual and legal basis for relief.

Dated this 22nd day of October, 2026.

David G. Estudillo
United States District Judge